## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

### I.     INTRODUCTION

I, Marcus Kirkland, being a duly sworn and appointed Special Agent for the Federal Bureau of Investigation ("FBI"), hereby make the following statement in support of the attached criminal complaint:

1.     I am a federal law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since September 1999, and I am currently assigned to the Atlanta Division, Statesboro Resident Agency. Upon being hired as a Special Agent, I attended the FBI Training Academy in Quantico, Virginia where I received extensive training on various violations of federal law. Thereafter, I gained valuable experience through collaboration with other federal agents and leading countless FBI criminal investigations. I have applied for and participated in numerous search warrants while investigating violations relating to complex financial crimes, drug and violent crimes, and child exploitation matters. As part of these investigations, I have participated in court-authorized wiretaps, physical surveillance, and execution of search/arrest warrants. To that end, I have interviewed victims, witnesses, defendants and debriefed numerous confidential human sources. Most importantly, during these investigations, I have analyzed and reviewed content extracted from digital devices to identify the use of cellular telephone applications and tools by participants in criminal activity.

2.     As a Special Agent, I am authorized to investigate a wide variety of crimes involving violations of federal law, including matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Section 1591, which, in part, criminalizes the sex trafficking of children, Title 18, United States Code, Section 2251, the production of child pornography, Title 18, United States Code, Sections 2252 and 2252A, which criminalize the possession, receipt, and distribution of child pornography, and violations of Title 18, United States Code, Sections 2251 and 2252, which criminalize the use, coercion, or enticement of minors to produce sexually explicit material. I have received training from the FBI to investigate violations of these statutes, and I have participated in the execution of search warrants pertaining to these types of investigations.

3.     I submit this affidavit in support of a complaint and warrant for the following individuals: Jhirmichael Williams, Bryon Willis, Samantha Reese, and Samantha Bradford.

4.     Jhirmichael Williams, is a black male with a date of birth of ████████ 1991. Bryon Willis is a white male with a date of birth ████████ 1972, Samantha Reese is a white female, with a date of birth ████████ 1989, Samantha Bradford is a black female, with a date of birth of ████████ 1994.

5.     As supported by the facts and circumstances set forth in this affidavit there is probable cause to believe that in or about 2023, Jhirmichael Williams committed the federal crime of the production of child pornography, in violation of

Title 18, United States Code, Section 2251, and sex trafficking of a minor, and attempt, in violation of Title 18, United States Code, Section 1591.

6.    As supported by the facts and circumstances set forth in this affidavit, there is probable cause to believe that in or about 2023, Bryon Willis committed the federal crime of sex trafficking of a minor, and attempt, in violation of Title 18, United States Code, Section 1591, the enticement and attempted enticement of a minor, in violation of Title 18, United States Code, Section 2422(b), and the possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

7.    As supported by the facts and circumstances set forth in this affidavit, there is probable cause to believe that in or about 2023, Samantha Reese committed the federal crime of the production of child pornography, in violation of Title 18, United States Code, Section 2251, and aiding and abetting, in violation of Title 18, United States Code, Section 2.

8.    As supported by the facts and circumstances set forth in this affidavit, there is probable cause to believe that in or about 2023, Samantha Bradford committed the federal crime of the production and attempted production of child pornography, in violation of Title 18, United States Code, Section 2251.

9.    The facts set forth below are based upon my own investigation and personal observations, including analyzing information received pursuant to legal process, as well as reports and information provided to me by other law enforcement officials. I do not purport to set forth all of my knowledge of the investigation into this matter, but only to set forth sufficient facts for this Court to find that probable cause

exists to believe the Defendant committed the alleged offenses.

## II.    <u>STATUTORY AUTHORITY</u>

10.    Sex trafficking of children is prohibited by 18 U.S.C. § 1591, which punishes a person who "knowingly – (1) in or affecting interstate or foreign commerce … recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or (2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing or …. in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act.

11.    Production of child pornography is prohibited by 18 U.S.C. § 2251(a), which punishes, "any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in . . . any sexually explicit conduct for the purpose of producing any visual depiction of such conduct . . . (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of

interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed." Section 2251(b) provides "[a]ny parent, legal guardian, or person having custody or control of a minor who knowingly permits such minor to engage in, sexually explicit conduct for the purpose of producing any visual depiction of such conduct … shall be punished … if such parent, legal guardian, or person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility or interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed."

12.    Enticement of a minor is prohibited by 18 U.S.C. § 2422(b), which punishes  a person who "using the mail or any facility or means of interstate commerce, … knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense."

13.    Possession of child pornography is prohibited by 18 U.S.C. § 2252(a)(4)(B), which punishes a person who "knowingly possesses, or knowingly accesses with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or

has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if—(i)the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct.

## III.   FACTS AND CIRCUMSTANCES OF THE INVESTIGATION

On or about June 8, 2023, the Georgia Bureau of Investigation ("GBI") executed a search warrant to search a cell phone used by Bryon Willis to search for evidence of child exploitation related offenses. An analysis of the contents of the cell phone revealed child exploitation images and videos. Willis was charged with the sexual exploitation of children, in violation of O.C.G.A. 16-12-100 and other offenses.

On or about October 30, 2025, the District Attorney's Office for the Middle Circuit of Georgia ("DAO"), were preparing the case against Willis for trial, including reviewing the evidence extracted from the Willis cell phone. One of the reviewed videos depicted an adult female performing oral sex on a minor male victim. The investigator recognized the woman in the video as Samantha Reese ("Reese"). The investigator also observed text message threads from Willis's phone which referenced locations in and around Emanuel County, Georgia. Based on the text messages, the locations appeared to be pre-planned meet up locations for Willis to meet another adult and a child for sexual acts.

Reese had an active warrant for her arrest related to a state parole violation. Reese was located and arrested at a hotel in Candler County, Georgia on the parole violation. She was transported to the Emanuel County Sheriff's Office and subsequently interviewed by the DAO investigator and a sheriff's office investigator. Reese was interviewed on two separate occasions, once on Friday, October 31, 2025, and again on Tuesday, November 4, 2025, by the DAO investigator and the sheriff's investigator. Reese was advised of her Miranda Rights prior to both interviews and she signed Waiver of Miranda Rights forms and stated that she would voluntarily speak with the investigators. The rights advisements and interviews were recorded in audio and video.

In both interviews, Reese confirmed that she was the person depicted in the child sexual abuse video described above and that it was produced about two years ago. The video depicted Reese performing oral sex on a young black male, stating the child was approximately 7 years in age. The child is laid supine on a bed, with Reese kneeling on the right side of his body. The minor male's penis is visible and is observed in Reese's mouth. Reese is performing oral sex on the minor's penis. The video is being filmed by a third party. During her interview, Reese identified the child by name, who will be referred to herein as Minor Victim #1. Reese also identified the person who filmed the video as Jhirmichael Terrell Williams ("Williams"), Minor Victim #1's father. Reese stated that Williams forced her and others to perform sexual acts on the child over the course of several months. Reese provided investigators with the names of other persons who had performed sexual acts with the child, including

Williams, Willis, and a woman, Samantha Bradford (known to law enforcement). Reese also stated that Williams would record others performing the sexual acts with his cell phone, and that these acts usually occurred at Williams' grandmother's residence in Adrian, Georgia.

Facebook Messenger communications were also recovered from Willis' cell phone. One text message conversation detailed an exchange where Willis was paying Williams five hundred dollars via CashApp in exchange for sexual acts with Minor Victim #1, with Williams using the Facebook Messenger username Haley Costello. Reese was shown this Facebook messenger conversation and confirmed it was between Willis and Williams, and that Williams used the Haley Costello account. (Some screenshots of Facebook Messenger communications between Willis and Williams using the Haley Costello account are included herein below.)

Reese stated she was aware that Willis paid the money and traveled to the residence in Adrian, Georgia. Williams met Willis with the minor and allowed Willis to perform oral sex on the child. There are further messages on Willis' phone between Willis and Williams in which Williams told Willis that "he gave him his son" and gave (Willis) "his first experience." Another text message indicates that Williams forced his son to perform sexual acts by stating "he sucks mines every night when I have him."

Reese further stated that Williams was abusive towards her and would frequently force her to sell herself for sexual acts and give him the money earned from the acts. Reese further stated that Williams was a native of Adrian, Georgia but was

predominately living in the Atlanta, Georgia area, possibly Douglas County. She stated that she knew and had she met at least three other minor females that Williams had fathered with other women in the Atlanta area. The ages of the females were approximately eight to ten years old. Reese stated that she knows of another minor male child in the Atlanta area belonging to Williams and the possibility of more daughters that she had not met.

Reese said that Williams would save the recordings to his phone and use them to later blackmail the perpetrators for money via CashApp. Reese had personally seen other child sexual abuse material on Williams' phone, notably a recording of the sexual interaction between Willis and Minor Victim #1. A further review and investigation revealed additional Facebook Messenger communications between Willis and Williams using the Haley Costello username, indicating that Williams threatened Willis with producing the video publicly if he did not send money upon request.

I have probable cause to believe the following images and videos, located on Willis' cell phone, were produced by Williams, and as indicated below, produced along with Reese and Bradford.

An image that depicts Reese with her mouth on the exposed penis of a Minor Victim #1. Minor Victim #1 has a blue and white shirt on that is pulled up and camouflage pants that are pulled down. Reese's tattoo on her right hand and a tattoo on her neck are visible in the image. Reese identified herself in this video and identified Minor Victim #1. Minor Victim #1 identified himself in a redacted

screenshot.

An approximately 8 second video that depicts Samantha Reese putting her mouth over the exposed penis of Minor Victim #1. Minor Victim #1 appears to have a blue shirt with white lettering on it. Minor Victim #1's shirt is pulled up and his camouflage pants that are pulled down. Reese has a tattoo on her right hand and has a black shirt on. Another individual appears to be recording the video of the adult female and minor male. Both Reese and Minor Victim #1 identified Williams recorded the video.

An approximately 50 second video that depicts Reese kissing the mouth of Minor Victim #1. Minor Victim #1 is wearing a white shirt and pants with a pattern on them. Minor Victim #1's pants are pulled down and his exposed penis is visible. Reese is observed touching Minor Victim #1's penis repeatedly. Reese has a tattoo on her left hand, her neck, and her chest. Minor Victim #1 reported Williams recorded the video.

An approximately 31 second video that depicts Reese laying on her back without pants on. The lower half of Minor Victim #1 is observed laying on top of Reese. Minor Victim #1 is wearing a yellow-colored shirt and camouflage pants. Minor Victim #1's pants are pulled down and his exposed buttocks and lower legs are visible. Reese appears to be holding Minor Victim #1 against her. The video appears to show intercourse between the Reese and Minor Victim #1. Reese has several tattoos including a tattoo on the side of her leg that reads "Daddy's Girl" with a peach design.

An approximately 12 second video that depicts colorful bedding with an octopus design on it. The video also depicts Reese putting her mouth over the exposed penis of Minor Victim #1. Minor Victim #1 appears to have a blue shirt with white lettering on it. Minor Victim #1's shirt is pulled up and his camouflage pants that are pulled down. Reese has a tattoo on her right hand and has a black shirt on. Another individual appears to be recording the video. Minor Victim #1 identified Williams took the videos of him.

In addition, in another video, a minor female, referred to herein as Minor Victim #2, who appears to be approximately 3 to 5 years of age, is depicted wearing a purple bonnet on her head. She is laying on Williams' chest, the front of Minor Victim #2's body is facing the front of Williams' body, laying down, and a woman, identified as Samantha Bradford ("Bradford," who is known to law enforcement) is lying beside them, holding the recording device, recording the contact. Williams appears to also be partially nude. A blanket is covering Minor Victim #2's front from her mid back down and appears unclothed. A repetitive up and down motion is observed.

A separate approximately 2 second video with the same creation date, depicts the exposed penis of a black adult male rubbing against the exposed vagina of a minor black female. The minor black female appears to have a small mark on her right butt cheek. Based on the creation date close in time to the above-described video, it is believed the video depicts Williams and Minor Victim #2.

On November 5, 2025, the FBI conducted a recorded forensic interview of Minor Victim #1 in Swainsboro, Georgia. During the interview, Minor Victim #1 was

shown several photos including screenshots from videos. Minor Victim #1 disclosed that Williams made him do "weird things" that he did not like to do including with Williams's girlfriend. Minor Victim #1 said Williams's girlfriend touched his "private part" with her hand and her mouth. Minor Victim #1 also disclosed that Williams recorded Minor Victim #1 doing the "weird things" with his phone. Minor Victim #1 confirmed himself in a screenshot from a video where he was wearing a blue shirt with white lettering. Minor Victim #1 said the room in the screenshot was his room in "Gang Gang's" house (clarified to be his grandmother). Minor Victim #1 also disclosed that he saw Williams's girlfriend put her mouth on another minor male's private part, hereinafter identified as "Minor Victim 3." Minor Victim #1 also identified a known photograph of Bryon Willis as someone Williams made Minor Victim #1 do "weird things" too. Specifically, Minor Victim #1 said Williams made him put Minor Victim #1's mouth on the white male's private part. Minor Victim #1 said Williams took a picture of it with his phone. The FBI identified Williams's girlfriend to which Minor Victim #1 referred to as Reese. Additionally, the FBI identified the white male in the photo as Willis.

The same day, the FBI conducted a recorded forensic interview of Minor Victim #3 in Swainsboro, Georgia. Minor Victim #3 stated that Minor Victim #1's father (Wiliams) forced him to put his mouth near the mouth of adult woman he identified as Minor Victim #1's father's girlfriend. Minor Victim #3 also stated, Williams grabbed Minor Victim #3's hand and attempted to make him to touch the girlfriend. Minor Victim #3 did not make any further disclosures.

Additional images of videos depicting the sexual abuse of children were also located on Willis' cell phone. Including the following:

An image that depicts a black female minor with long black hair and her arm across her face. The minor female is lying on her back and is wearing a blue colored tank top on with a pink design. The black female's right hand appears to be holding onto the exposed penis of an unidentified adult male.

An approximately 25 second video depicting the exposed penis of a black adult male orally penetrating a black minor female. The minor female is standing and wearing a white and yellow colored dress. The minor female has braided hair. The background of the video has a dark colored fan and a white pillow with a blue colored stripe.

As stated, Willis' phone contained Facebook Messenger communications. The communications detail Willis communicating with individuals in an attempt to obtain access to children for sexual abuse. The following communications occurred between Willis and Williams using the Facebook username Haley Costello, on or about April 27, 2023.












IV.    <u>CONCLUSION</u>

14.    Based upon the information outlined above, there is probable cause to believe that Jhirmichael Williams, Bryon Willis, Samantha Reese, and Samantha Bradford committed the offenses outlined herein. Therefore, I request warrants be issued for the arrest of Jhirmichael Williams, Bryon Willis, Samantha Reese, and Samantha Bradford.

Respectfully submitted,

Marcus Kirkland
Special Agent

Sworn to by reliable electronic means, to wit: video-teleconference, pursuant to Fed.R.Crim.P. 4.1(b)(6) on the 5th day of November, 2025:

The Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia